IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| IN RE: ) | |
| **Lori Montalbano** ) | |
| ) | Case No. 12-22176 |
| ) | Chapter 13 |
| **Debtor** ) | |

## MOTION TO TRANSFER REAL ESTATE
## NOTICE OF MOTION

Now comes, Debtor Lori Montalbano, through counsel, and pursuant to 11 U.S.C. §363 moves this court for authority to transfer an asset of the estate, and in support thereof, show the court as follows:

1. This case was filed under Chapter 13 of the bankruptcy code on June 12, 2012. The Debtor's plan is confirmed.

2. Debtor has a disputed interest in two parcels of property located in Lake County, Indiana. These properties are 12906 West 81st Street in Dyer, Indiana and 8842 Cline Avenue in Highland, Indiana. These properties were owned by Cheryl Lynn Montalbano Rahmany.

3. Without the Debtor's knowledge or consent and without any consideration Cheryl Lynn Montalbano Rahmany believed that she transferred these properties to her sister temporarily while she traveled out of the country. In fact, the Debtor was made a one half owner. This was noted in the Debtor's Statement of Financial Affairs (Question 23).

4. That the Debtor requests authority to transfer these properties back to her sister Cheryl Lynn Montalbano Rahmany.

5. Debtor's counsel is requesting $250.00 in fees and costs for the filing of this motion and its required notice. These fees shall be paid through the Trustee conduit.

Respectfully submitted,

_____
David M. Dabertin
5246 Hohman Avenue, Ste 302
Hammond, Indiana 46320
(219) 937-1719

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Debtor's MOTION TO TRANSFER and the NOTICE OF MOTION has been sent via ECF or United States Mail, first class postage prepaid on July 18, 2016, addressed to:

U. S. Trustee
555 One Michiana Square
South Bend, Indiana 46601

Paul Chael, Trustee
401 West 84th Drive
Merrillville, Indiana 46410

Each creditor and party of interest per attached matrix without a attached contract.

Ryan Deutmeyer
130 North Main Street
Crown Point, Indiana 46307

Debtors
_____
David Marc Dabertin – July 18, 2016

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0755-2<br>Case 12-22176-kl<br>Northern District of Indiana<br>Hammond Division<br>Mon Jul 18 12:30:13 EDT 2016 | American InfoSource LP as agent for<br>T Mobile/T-Mobile USA Inc<br>PO Box 248848<br>Oklahoma City, OK  73124-8848 | Stephen K. Andrews<br>9247 North Meridian Street<br>Suite 101<br>Indianapolis, IN 46260-1813 |
| Bill Me Later<br>Weinstein & Riley, P.S.<br>2001 Western Ave, Ste 400<br>Seattle, WA 98121-3132 | Bill Me Later<br>PO Box 2394<br>Omaha, NE 68103-2394 | Bill Me Later c/o Matt Benson<br>101 Schilling Road, Suite 40<br>Hunt Valley, MD 21031-1104 |
| Capital One<br>Bankruptcy Dept.<br>6125 Lakeview Road, Ste. 800<br>Charlotte, NC 28269-2605 | Care Credit/GEMB<br>Attn: Bankruptcy Dept<br>PO Box 103106<br>Roswell, GA 30076-9106 | Paul R. Chael<br>401 West 84th Drive<br>Suite C<br>Merrillville, IN 46410-6247 |
| David Dabertin<br>5246 Hohman Ave Suite 302<br>Hammond, IN 46320-1737 | David Dabertin(CH)<br>5246 Hohman Ave., Suite 302<br>Hammond, IN 46320-1737 | David Dabertin(KD)<br>Dabertin Law Office<br>5246 Hohman Avenue, Suite 302<br>Hammond, IN 46320-1737 |
| (p)DELL FINANCIAL SERVICES<br>P O BOX 81577<br>AUSTIN TX 78708-1577 | Department Stores National Bank/Macy's<br>Bankruptcy Processing<br>Po Box 8053<br>Mason, OH 45040-8053 | (p)DISCOVER FINANCIAL SERVICES LLC<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 |
| Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH  43054-3025 | Equifax<br>Attn: Bankruptcy Dept<br>PO Box 740241<br>Atlanta, GA 30374-0241 | Experian<br>Attn: Bankruptcy Dept<br>PO Box 2002<br>Allen, TX 75013-2002 |
| (p)FIFTH THIRD BANK<br>MD# ROPS05 BANKRUPTCY DEPT<br>1850 EAST PARIS SE<br>GRAND RAPIDS MI 49546-6253 | Federal National Mortgage Association<br>c/o Seterus, Inc<br>PO Box 1047<br>Hartford, CT 06143-1047 | Federal National Mortgage Association<br>(Fannie Mae), creditor<br>c/o Seterus, Inc.<br>PO Box 1047<br>Hartford, CT 06143-1047 |
| Fifth Third Bank<br>9441 LBJ Freeway, Suite 350<br>Dallas, Texas 75243-4652 | GE CAPITAL RETAIL BANK<br>P.O. Box 960061<br>Orlando, FL 32896-0661 | GE Capital Retail Bank<br>Attn: Bankruptcy Department<br>PO Box 960061<br>Orlando FL 32896-0661 |
| GMAC MORTGAGE CORP.<br>P. O. BOX 9001719<br>Louisville, KY 40290-1719 | GMAC Mortgage, LLC<br>Attn: Bankruptcy Department<br>1100 Virginia Drive<br>Ft. Washington, PA 19034-3204 | Nancy J. Gargula<br>One Michiana Square Building<br>Suite 555<br>100 East Wayne Street<br>South Bend, IN 46601-2394 |
| Indiana Department of Revenue<br>Bankruptcy Section, N-240<br>100 North Senate Avenue<br>Indianapolis IN 46204-2253 | Indiana Employment Security Division<br>10 North Senate Street<br>Indianapolis, IN 46204-2201 | Internal Revenue Service Insolvency<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 |

| | | |
|---|---|---|
| Lake County Treasurer<br>2293 North Main<br>Crown Point, IN 46307-1854 | Lake County Treasurer<br>Attention: Bankruptcy Clerk<br>2293 North Main Street<br>Crown Point IN 46307-1854 | Macy's/GE Money Bank<br>Bankruptcy Processing<br>PO Box 8053<br>Mason, OH 45040-8053 |
| Lori Luanne Montalbano<br>8049 Howard Avenue<br>Munster, IN 46321-1341 | Ocwen Loan Servicing, LLC<br>1100 Viriginia Dr. #175<br>Ft. Washington, PA 19034-3204 | Ocwen Loan Servicing, LLC<br>1100 Virginia Drive Suite #175<br>Ft Washington, PA 19034-3204 |
| PayPal Buyer Credit/GEMB<br>Attn: Bankruptcy Dept.<br>PO Box 103104<br>Roswell, GA 30076-9104 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | SLS<br>8742 Lucent Blvd. Ste 300<br>Littleton, CO 80129-2386 |
| SPECIALIZED LOAN SERVICING,LLC<br>8742 LUCENT BLVD,SUITE 300<br>HIGHLANDS RANCH, COLORADO 80129-2386 | Small Business Administration<br>801 Tom Martin Drive Ste 120<br>Birmingham, AL 35211-6424 | Martha Spaner<br>Reisenfeld & Assoc<br>3962 Red Bank Road<br>Cinncinati, OH 45227-3408 |
| Transunion<br>Attn: Bankruptcy Dept<br>PO Box 1000<br>Chester, PA 19022-1023 | Sarah E. Willms<br>Manley Deas Kochalski LLC<br>P.O. Box 165028<br>Columbus, OH 43216-5028 | Susan M. Woolley(WU)<br>Feiwell & Hannoy<br>8415 Allison Point Blvd, Suite 400<br>Indianapolis, IN 46250-4160 |
| David H. Yunghans<br>Reisenfeld & Associates<br>3962 Red Bank Road<br>Cincinnati, OH 45227-3408 | eCAST Settlement Corp.<br>P.O. Box 29262<br>New York, NY 10087-9262 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Dell Financial Services<br>PO Box 81577<br>Austin, TX 78708-1577 | (d)Dell Financial Services, LLC<br>Resurgent Capital Services<br>PO Box 10390<br>Greenville, SC 29603-0390 | Discover<br>PO Box 30943<br>Salt Lake City, UT 84130-0943 |
| FIFTH THIRD BANK<br>38 FOUNTAIN SQUARE<br>Cincinnati, OH 45263 | Portfolio Recovery Associates, LLC<br>POB 41067<br>Norfolk VA 23541 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)GMAC Mortgage LLC (successor by merger to

(d)Indiana Department of Revenue
Bankruptcy Section, N-240
100 North Senate Avenue
Indianapolis, IN 46204-2253

(u)Mark Phelps
NEED ADDRESS

(d)SLS
8742 Lucent Blvd.Ste 300
Littleton, CO 80129-2386

(u)Seterus, Inc.

(u)U.S. Bank National Association, as Indentu

(d)eCAST Settlement Corporation
POB 29262
New York, NY 10087-9262

End of Label Matrix
Mailable recipients    46
Bypassed recipients     7
Total                  53