## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF INDIANA
## HAMMOND DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| Lori Montalbano | ) | |
| | ) | **Case No. 12-22176** |
| | ) | **Chapter 13** |
| Debtor | ) | |

<u>APPLICATION TO HIRE PROFESSIONAL</u>

Comes now Debtor, through his counsel, and submits an application to hire

Debra Ellison as a real estate agent to represent the Debtor in an effort to market and sell

her home. In support of this motion, Debtor attaches a retainer agreement.  The

professional is a disinterested third party and not an insider.

Respectfully submitted,

_____

David M. Dabertin
5246 Hohman Avenue, Ste 302
Hammond, Indiana 46320
(219) 937-1719

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Debtor's APPLICATION TO HIRE PROFESSIONAL has been sent via ECF or United States Mail, first class postage prepaid on 9/____16 addressed to:

U. S. Trustee
555 One Michiana Square
South Bend, Indiana 46601

Paul Chael, Trustee
401 West 84th Drive
Merrillville, Indiana 46410

Debtor

**Each and every party and creditor on the attached matrix (w/o contract)**

_____

David Marc Dabertin    10/ 3    16

Label Matrix for local noticing
0755-2
Case 12-22176-kl
Northern District of Indiana
Hammond Division
Mon Oct  3 11:43:39 EDT 2016

American InfoSource LP as agent for
T Mobile/T-Mobile USA Inc
PO Box 248848
Oklahoma City, OK  73124-8848

Stephen K. Andrews
9247 North Meridian Street
Suite 101
Indianapolis, IN 46260-1813

Bill Me Later
Weinstein & Riley, P.S.
2001 Western Ave, Ste 400
Seattle, WA 98121-3132

Bill Me Later
PO Box 2394
Omaha, NE 68103-2394

Bill Me Later c/o Matt Benson
101 Schilling Road, Suite 40
Hunt Valley, MD 21031-1104

Capital One
Bankruptcy Dept.
6125 Lakeview Road, Ste. 800
Charlotte, NC 28269-2605

Care Credit/GEMB
Attn: Bankruptcy Dept
PO Box 103106
Roswell, GA 30076-9106

Paul R. Chael
401 West 84th Drive
Suite C
Merrillville, IN 46410-6247

David Dabertin
5246 Hohman Ave Suite 302
Hammond, IN 46320-1737

David Dabertin(CH)
5246 Hohman Ave., Suite 302
Hammond, IN 46320-1737

David Dabertin(KD)
Dabertin Law Office
5246 Hohman Avenue, Suite 302
Hammond, IN 46320-1737

(p)DELL FINANCIAL SERVICES
P O BOX 81577
AUSTIN TX 78708-1577

Department Stores National Bank/Macy's
Bankruptcy Processing
Po Box 8053
Mason, OH 45040-8053

(p)DISCOVER FINANCIAL SERVICES LLC
PO BOX 3025
NEW ALBANY OH 43054-3025

Discover Bank
DB Servicing Corporation
PO Box 3025
New Albany, OH  43054-3025

Equifax
Attn: Bankruptcy Dept
PO Box 740241
Atlanta, GA 30374-0241

Experian
Attn: Bankruptcy Dept
PO Box 2002
Allen, TX 75013-2002

(p)FIFTH THIRD BANK
MD# ROPS05 BANKRUPTCY DEPT
1850 EAST PARIS SE
GRAND RAPIDS MI 49546-6253

Federal National Mortgage Association
c/o Seterus, Inc
PO Box 1047
Hartford, CT 06143-1047

Federal National Mortgage Association
(Fannie Mae), creditor
c/o Seterus, Inc.
PO Box 1047
Hartford, CT 06143-1047

Fifth Third Bank
9441 LBJ Freeway, Suite 350
Dallas, Texas 75243-4652

GE CAPITAL RETAIL BANK
P.O. Box 960061
Orlando, FL 32896-0661

GE Capital Retail Bank
Attn: Bankruptcy Department
PO Box 960061
Orlando FL 32896-0661

GMAC MORTGAGE CORP.
P. O. BOX 9001719
Louisville, KY 40290-1719

GMAC Mortgage, LLC
Attn: Bankruptcy Department
1100 Virginia Drive
Ft. Washington, PA 19034-3204

Nancy J. Gargula
One Michiana Square Building
Suite 555
100 East Wayne Street
South Bend, IN 46601-2394

Indiana Department of Revenue
Bankruptcy Section, N-240
100 North Senate Avenue
Indianapolis IN 46204-2253

Indiana Employment Security Division
10 North Senate Street
Indianapolis, IN 46204-2201

Internal Revenue Service Insolvency
P.O. Box 7346
Philadelphia, PA 19101-7346

Lake County Treasurer
2293 North Main
Crown Point, IN 46307-1854

Lake County Treasurer
Attention: Bankruptcy Clerk
2293 North Main Street
Crown Point IN 46307-1854

Macy's/GE Money Bank
Bankruptcy Processing
PO Box 8053
Mason, OH 45040-8053

Lori Luanne Montalbano
8049 Howard Avenue
Munster, IN 46321-1341

Ocwen Loan Servicing, LLC
1100 Viriginia Dr. #175
Ft. Washington, PA 19034-3204

Ocwen Loan Servicing, LLC
1100 Virginia Drive Suite #175
Ft Washington, PA 19034-3204

PayPal Buyer Credit/GEMB
Attn: Bankruptcy Dept.
PO Box 103104
Roswell, GA 30076-9104

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

SLS
8742 Lucent Blvd. Ste 300
Littleton, CO 80129-2386

SPECIALIZED LOAN SERVICING,LLC
8742 LUCENT BLVD,SUITE 300
HIGHLANDS RANCH, COLORADO 80129-2386

Small Business Administration
801 Tom Martin Drive Ste 120
Birmingham, AL 35211-6424

Martha Spaner
Reisenfeld & Assoc
3962 Red Bank Road
Cinncinati, OH 45227-3408

Transunion
Attn: Bankruptcy Dept
PO Box 1000
Chester, PA 19022-1023

Sarah E. Willms
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH 43216-5028

Susan M. Woolley(WU)
Feiwell & Hannoy
8415 Allison Point Blvd, Suite 400
Indianapolis, IN 46250-4160

David H. Yunghans
Reisenfeld & Associates
3962 Red Bank Road
Cincinnati, OH 45227-3408

eCAST Settlement Corp.
P.O. Box 29262
New York, NY 10087-9262

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Dell Financial Services
PO Box 81577
Austin, TX 78708-1577

(d)Dell Financial Services, LLC
Resurgent Capital Services
PO Box 10390
Greenville, SC 29603-0390

Discover
PO Box 30943
Salt Lake City, UT 84130-0943

FIFTH THIRD BANK
38 FOUNTAIN SQUARE
Cincinnati, OH 45263

Portfolio Recovery Associates, LLC
POB 41067
Norfolk VA 23541

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)GMAC Mortgage LLC (successor by merger to

(d)Indiana Department of Revenue
Bankruptcy Section, N-240
100 North Senate Avenue
Indianapolis, IN 46204-2253

(u)Mark Phelps
NEED ADDRESS

(d)SLS
8742 Lucent Blvd.Ste 300
Littleton, CO 80129-2386

(u)Seterus, Inc.

(u)U.S. Bank National Association, as Indentu

(d)eCAST Settlement Corporation
POB 29262
New York, NY 10087-9262

End of Label Matrix
Mailable recipients    46
Bypassed recipients     7
Total                  53