UNITED STATES BANKRUPTCY COURT  R-15G
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION AT HAMMOND

IN RE: )
LORI LUANNE MONTALBANO )
) BANKRUPTCY NO. 12-22176
)
Debtor )

## ORDER

On October 21, 2016, Debtor was ordered to file a Report of Sale, and the record reveals the foregoing was not filed as ordered. It is therefore,

**ORDERED**, that the foregoing be filed or cause be shown why said Report cannot be filed within fourteen (14) days from the date of this Order. And it is further,

**ORDERED**, that in the event that the Debtor failss to so perform as set forth above, the Court may pursuant to 11 U.S.C. §105 enter appropriate sanctions without further notice and hearing.

Dated: Nvm 30, 2016

_____
JUDGE, U.S. BANKRUPTCY COURT

Distribution
Debtor, Debtor's Attorney
Trustee, U.S. Trustee