IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| IN RE: | ) |
| Lori Montalbano | ) |
| | )     Case No. 12-22176 |
| | )     Chapter 13 |
| Debtor | ) |

## REPORT OF SALE

Now comes, Debtor and submits the attached closing statement as his report of sale.

Respectfully submitted,

_____
David M. Dabertin
5246 Hohman Avenue, Ste 302
Hammond, Indiana 46320
(219) 937-1719

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Debtor's MOTION TO SELL and the NOTICE OF MOTION has been sent via ECF or United States Mail, first class postage prepaid on 12/31/2016, addressed to:

U. S. Trustee
555 One Michicana Square
South Bend, Indiana 46601

Paul Chael, Trustee
401 West 84th Drive
Merrillville, Indiana 46410

_____
David Marc Dabertin 12/31/16