1234-3B-EPIE3B-00187088-188840

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF INDIANA
### HAMMOND DIVISION

In re: LORI LUANNE MONTALBANO                                        Case No.: 12-22176 KL

Debtor(s)

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

PAUL CHAEL, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. Section 1302(b)(1). The trustee declares as follows:

1) The case was filed on 06/12/2012.
2) The plan was confirmed on 11/19/2012.
3) The plan was modified by order after confirmation pursuant to 11 U.S.C Section 1329 on 02/05/2016, 02/05/2016, 09/02/2016, 09/23/2016.
4) The trustee filed action to remedy default by the debtor in performance under the plan on 06/20/2014.
5) The case was completed on 11/18/2016.
6) Number of months from filing or conversion to last payment: 53.
7) Number of months case was pending: 55.
8) Total value of assets abandoned by court order: NA.
9) Total value of assets exempted: NA.
10) Amount of unsecured claims discharged without full payment: 1,247.00.
11) All checks distributed by the trustee relating to this case have cleared the bank.

**Receipts:**
| | |
|---|---|
| Total paid by or on behalf of the debtor: | $139,298.67 |
| Less amount refunded to debtor: | $.00 |
| **NET RECEIPTS:** | **$139,298.67** |

**Expenses of Administration:**
| | |
|---|---|
| Attorney's Fees Paid Through The Plan: | $3,216.00 |
| Court Costs: | $.00 |
| Trustee Expenses and Compensation: | $4,087.47 |
| Other: | $52.50 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$7,355.97** |
| Attorney fees paid and disclosed by debtor: | $34.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| BILL ME LATER | Unsecured | 2,076.00 | 2,119.84 | 2,119.84 | 2,119.84 | .00 |
| CAPITAL ONE | Unsecured | 1,247.00 | NA | NA | .00 | .00 |
| DELL FINANCIAL SERVICES | Unsecured | 2,423.00 | 2,521.23 | 2,521.23 | 2,521.23 | .00 |
| DISCOVER BANK | Unsecured | 4,037.00 | 3,951.54 | 3,951.54 | 3,951.54 | .00 |
| ECAST SETTLEMENT CORP | Unsecured | 2,261.00 | 2,384.60 | 2,384.60 | 2,384.60 | .00 |
| FIFTH THIRD BANK | Secured | 26,000.00 | 27,247.56 | 27,247.56 | 27,247.56 | 2,862.21 |
| GMAC MORTGAGE | Secured | NA | 425.00 | 425.00 | 425.00 | .00 |
| NCO FINANCIAL SYSTEMS | Unsecured | 2,456.00 | 2,541.31 | 2,541.31 | 2,541.31 | .00 |
| PRA RECEIVABLES MANAGEMENT | Unsecured | NA | 5,712.45 | 5,712.45 | 5,712.45 | .00 |
| PRA RECEIVABLES MANAGEMENT | Unsecured | 2,283.00 | 2,263.05 | 2,263.05 | 2,263.05 | .00 |
| SETERUS | Secured | 131,000.00 | 129,053.46 | 74,807.82 | 74,807.82 | .00 |
| SLS | Secured | 26,950.00 | NA | NA | .00 | .00 |
| SLS | Unsecured | NA | NA | NA | .00 | .00 |
| SPECIALIZED LOAN SERVICING | Secured | 49,418.00 | 27,118.21 | 27,118.21 | .00 | .00 |
| T MOBILE | Unsecured | NA | 206.09 | 206.09 | 206.09 | .00 |

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF INDIANA
## HAMMOND DIVISION

In re:  LORI LUANNE MONTALBANO                                       Case No.: 12-22176 KL

Debtor(s)

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| TREASURER OF LAKE COUNTY | Unsecured | NA | NA | NA | .00 | .00 |
| US SMALL BUSINESS ADMIN | Secured | 12,000.00 | 11,800.96 | 4,900.00 | 4,900.00 | .00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing: | 106,826.03 | 79,707.82 | .00 |
| Mortgage Arrearage: | 425.00 | 425.00 | .00 |
| Debt Secured by Vehicle: | 27,247.56 | 27,247.56 | 2,862.21 |
| All Other Secured: | .00 | .00 | .00 |
| **TOTAL SECURED:** | 134,498.59 | 107,380.38 | 2,862.21 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage: | .00 | .00 | .00 |
| Domestic Support Ongoing: | .00 | .00 | .00 |
| All Other Priority: | .00 | .00 | .00 |
| **TOTAL PRIORITY:** | .00 | .00 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 21,700.11 | 21,700.11 | .00 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration: | $7,355.97 |
| Disbursements to Creditors: | $131,942.70 |
| **TOTAL DISBURSEMENTS:** | $139,298.67 |

12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Date:  01/31/2017                              By:  /s/PAUL CHAEL
                                                    Standing Chapter 13 Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. Section 1320.4(a)(2) applies.

| | |
|---|---|
| IN RE: | CASE NO: |
| LORI LUANNE MONTALBANO | 12-22176 KL |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the Final Report and Account was sent electronically or by ordinary United States mail, postage prepaid, on the date noted below, to the debtor, attorney for the debtor, and the United States Trustee.

Date: February 21, 2017                                     /s/PAUL CHAEL
                                                            PAUL CHAEL