# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF INDIANA

IN RE: )
Lori Montalbano )
        Debtor ) Case No: 12-22176
         ) Chapter 13

## VERIFIED MOTION FOR ENTRY OF CHAPTER 13 DISCHARGE

Comes now the debtor, Lori Montalbano and, pursuant to 28 U.S.C. §1328(a), moves the court for the entry of a discharge in this Chapter 13 case. In support of this request, I state the following:

1. All of the payments required by the confirmed plan, whether made to the Chapter 13 trustee or made directly to creditors, have been completed.

2. I am not required to pay a domestic support obligation as defined by 11 U.S.C. §101(14A).

3. I did not receive a discharge under Chapter 7, 11 or 12 of the United States Bankruptcy Code during the four years prior to the date of the order for relief under Chapter 13 in this case.

4. I have not received a discharge under Chapter 13 of the United States Bankruptcy Code during the two years prior to the date of the order for relief under Chapter 13 in this case.

5. After filing the petition in this case, I completed a course concerning personal financial management, and a copy of the certificate of completion of that course has been filed with the court.

6. There is no proceeding pending in which I might be found guilty of a felony of the kind described in 11 U.S.C. §522 (q) (1) (A), or liable for a debt of the kind described in 11 U.S.C. §522 (q) (1) (B), and there is no reason to believe that 11 U.S.C. §522 (q) (1) might apply to me.

WHEREFORE, I respectfully request that, following notice and the opportunity for a hearing, the court enter a discharge pursuant to 28 U.S.C. §1328(a).

I certify under the penalty of perjury that the foregoing statements are true and correct.

_____
Lori Montalbano

Respectfully submitted,

___/s/ David M. Dabertin_____
David M. Dabertin
Attorney at Law
5246 Hohman, Suite 302
Hammond, Indiana 46320
Indiana Attorney # 19314-45
(219) 937-1719

## CERTIFICATE OF SERVICE

The undersigned hereby states that he has served a copy of the Debtor's Motion for Discharge via ECF to Chapter 13 Trustee Paul Chael and the Office of the United States Trustee.

___/s/ David M. Dabertin____
David M. Dabertin    __2_/_6__/2017